UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| OTIS HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | 3:05-cv-0259-RCJ-VPC |
| | ) | |
| v. | ) | |
| | ) | |
| KEN HARMON, *et al.*, | ) | O R D E R |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Valerie P. Cooke, entered September 26, 2006, recommending partial dismissal of this action. No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered September 26, 2006, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Cooke's Report and Recommendations (#52) be affirmed and adopted.

DATED: March 22, 2007

_____
ROBERT C. JONES
United States District Judge