# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OTIS HUGHES, ) | |
| ) | 3:05-cv-00259-RCJ-VPC |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KEN HARMON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before the Court for consideration is the Report and Recommendations of Magistrate Judge Valerie P. Cooke, entered June 18, 2006 (#68). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendations of the United States Magistrate Judge entered June 18, 2006 should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Cooke's Report and Recommendations (#68) be affirmed and adopted, and that Defendants' Motion for Summary Judgment with respect to counts II and IV as to defendant Harmon (#57) be *granted*.

DATED: September 28, 2007

_____
UNITED STATES DISTRICT COURT